UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>SASA TISMA,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 10-26473<br><br>Chapter: 7<br>Honorable Pamela S. Hollis |

FINAL ORDER APPROVING
SALE OF REAL PROPERTY AND GRANTING RELATED RELIEF

This matter coming having been heard on motion of Richard M. Fogel, not individually, but as the chapter 7 trustee (Trustee") of the bankruptcy estate of Sasa Tisma (the "Debtor"), for authority to sell real property to Chia-Li Chang and Enwei Chu (the "Buyers") outside the ordinary course of business and obtain related relief, all as more particularly set forth therein (the "Motion"), the Court being fully advised in the premises of the Motion and having determined that proper notice has been given thereof and having entered an order on March 1, 2011 granting the Motion, in part (the "Interim Order"); and the Court being fully advised in the premises:

IT IS ORDERED:

1. At closing, in addition to the disbursements authorized by the Interim Order, the Trustee is authorized to pay the Mortgage, the Delinquent Taxes and the Assessments, as described in the Motion.

2. At closing, the Trustee is authorized to pay one-half of the remaining proceeds of sale to Ranko, less the closing credit identified in the Motion.

3. The Trustee is authorized to retain the remaining proceeds of sale for the Debtor's estate and to pay the Debtor's homestead exemption claim from said funds.

4. The Trustee is authorized to execute all necessary or appropriate documents in connection with the sale of the Property.

5. The Court shall retain jurisdiction over the parties and the subject matter in order to interpret or enforce all provisions of this Order and the Agreement.

Enter:

[signature]

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: **MAR - 8 2011**

**Prepared by counsel of Movant:**

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
312 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Rev: ILNB20100707_bko