UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 10-26473 |
| | ) | |
| TISMA, SASA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 28, 2011 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  June 29, 2011                   By:  /s/ Richard M. Fogel
                                                          Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: TISMA, SASA § | Case No. 10-26473 |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 479,151.19 |
| *and approved disbursements of* | $ 414,549.61 |
| *leaving a balance on hand of* [1] | $ 64,601.58 |
| **Balance on hand:** | $ 64,601.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 64,601.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 22,798.32 | 0.00 | 22,798.32 |
| Trustee, Expenses - RICHARD M. FOGEL | 5.56 | 0.00 | 5.56 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 7,591.00 | 0.00 | 7,591.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 128.02 | 0.00 | 128.02 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 1,012.50 | 0.00 | 1,012.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 31,535.40 |
| Remaining balance: | $ 33,066.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33,066.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 33,066.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 293,012.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bauer Built Tire | 2,639.56 | 0.00 | 297.88 |
| 2 | Discover Bank | 7,542.94 | 0.00 | 851.21 |
| 3 | Trans Chicago Truck Group | 1,877.31 | 0.00 | 211.85 |
| 4 -2 | Capital One Bank (USA), N.A., by American | 353.27 | 0.00 | 39.87 |
| 5 | Chase Bank USA, N.A. | 28,069.33 | 0.00 | 3,167.60 |
| 6 | Chase Bank USA, N.A. | 13,028.91 | 0.00 | 1,470.30 |
| 7 | TransPlatinum/Fleet One | 36,761.85 | 0.00 | 4,148.54 |
| 8 | Volvo Financial Services, a division of VFS US LLC | 94,774.95 | 0.00 | 10,695.27 |
| 9 | Key Equipment Finance Inc | 38,300.82 | 0.00 | 4,322.21 |
| 10 | PYOD LLC, as assignee of Citibank | 115.34 | 0.00 | 13.02 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 11 | American Express Bank FSB | 35,991.15 | 0.00 | 4,061.57 |
| 12 | American Express Centurion Bank | 4,001.85 | 0.00 | 451.61 |
| 13 | American Express Centurion Bank | 14,266.94 | 0.00 | 1,610.01 |
| 14 | American Express Centurion Bank | 15,288.04 | 0.00 | 1,725.24 |

Total to be paid for timely general unsecured claims: $ 33,066.18
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-26473-PSH
Sasa Tisma                                                            Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 3                  Date Rcvd: Jun 30, 2011
                               Form ID: pdf006             Total Noticed: 106

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
```
db           +Sasa Tisma,    1306 Beckett Circle,    Schaumburg, IL 60173-6556
aty          +Bruce Dopke,    P O  Box 681246,    Schaumburg, IL 60168-1246
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
15703382      ACC International,    Acc Bldg.,    919 Estes Court,    Schaumburg, IL 60193-4427
15703384      ACS Expedited Solutions,    PO Box 201322,    Dallas, TX 75320-1322
15703383      Acme Truck Brake & Supply,    2333 Arthur Avenue,    Marietta, GA 30007
15703386      Alexian Brothers,    22589 Network Place,    Chicago, IL 60673-1225
15703385      Alexian Brothers,    21272 Network Place,    Chicago, IL 60673-1212
15703387     +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
16521117      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16521118      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15703391     +Bank of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
15703392      Bank of America,    4060 Ogletown Stan,    Mail Code DE5-019,    Newark, DE 19713
15703389      Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
15703390     +Bank of America,    c/o First Financial Asset Managemen,    3230 Commerce Place,
               West Palm Beach, FL 33407-1968
15703393     +Barrington Orthopedic Specialists,    1124 Paysphere Circle,    Chicago, IL 60674-0001
15703394     +Batool H. Musvi, MD,    1375 E. Schaumburg Road,    Schaumburg, IL 60194-5166
15703395     +Bauer Built,    850 N. Independence Blvd.,    Romeoville, IL 60446-1023
15703396     +Bauer Built Tire,    PO Box 248,    Durand, WI 54736-0248
15703397     +Capital One,    P.O. Box 85520,    Richmond, VA 23285-5520
16226522      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK  73124-8839
16235305      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent Assig,
               Capital One Bank (USA), N.A.,    PO Box 248839,    Oklahoma City, OK  73124-8839
15703398      Center Capital Corporation,    PO Box 330,    Hartford, CT 06141-0330
15703399     +Charter One Bank,    443 Jefferson Blvd.,    RJBW-500,    Warwick, RI 02886-1321
15703400     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15703401      Chase Bank USA,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16227233      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15703402      Chase Bank USA, NA,    200 White Clay Center Drive,    Newark, DE 19711-5466
15703403     +Chase Bank USA, NA,    c/o Michael D. Fine,    131 S. Dearborn, 5th Floor,    Chicago, IL 60603-5571
15703404     +Chicago Truck Sales & Service,    5300 W. Plattner Drive,    Alsip, IL 60803-3232
15703405     +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
15703407      CitiBusiness Card,    PO Box 6235,    Sioux Falls, SD 57117-6235
15703406      Citibusiness Card,    PO Box 688901,    Des Moines, IA 50368-8901
15703408     +Citizens Bank,    Managed Assets Division,    443 Jefferson Blvd., RJW-500,
               Warwick, RI 02886-1321
15703409     +CookCounty Treasurer,    118 N. Clark Street,    Chicago, IL 60602-1590
15703410     +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
15703412      DC Truck Financial,    PO Box 3198,    Milwaukee, WI 53201-3198
15703415      Elk Grove Lab Physicians PC,    Dept 77-9154,    Chicago, IL 60678-0001
15703416      Elk Grove Radiology, SC,    75 Remittance Drive,    Suite 6500,    Chicago, IL 60675-6500
15703417      Evan S. Goldstein, Esq.,    Updike, Kelly & Spellacy, PC,    PO Box 231277,
               Hartford, CT 06123-1277
15703420      FIA Card Services,    P.O. Box 15184,    Wilmington, DE 19850-5184
15703419      FedEx Corporation,    US Collections Department,    PO Box 94515,    Palatine, IL 60094-4515
15703418      Federal Express,    PO Box 94515,    Palatine, IL 60094-4515
15703421      First Advantage ADR,    PO Box 526024,    Sacramento, CA 95852-6024
15703422     +First American Bank,    1650 Louis Avenue,    Elk Grove Village, IL 60007-2350
15703423     +Fleet One,    5042 Linbar Drive,    Nashville, TN 37211-8200
15703424     +GMAC,    P.O. Box 380901,    Bloomington, MN 55438-0901
15703425      Harris Bank,    PO Box 6201,    Carol Stream, IL 60197-6201
15703426     +Harris Consumer Lending Center,    PO Box 5041,    3800 Golf Road, Suite 300,
               Rolling Meadows, IL 60008-4037
15703428      ICS, Inc.,    PO Box 1010,    Tinley Park, IL 60477-9110
15703429      Infectious Diseases Assoc., PC,    PO Box 309,    Itasca, IL 60143-0309
15703430     +Internet Truck Stop,    PO Box 99,    New Plymouth, ID 83655-0099
15703432     +JJ Keller & Associates,    3003 W. Breezewood Lane,    PO Box 368,    Neenah, WI 54957-0368
15703435     +Keough & Moody, P.C.,    30 N. LaSalle,    Suite 2340,    Chicago, IL 60602-3362
15703438     +Keynote Consulting, Inc.,    220 W. Campus Drive,    Suite 102,    Arlington Heights, IL 60004-1498
15703439      Lisa Foster,    Windstadt & Wakefield, Inc.,    32173 Barclay Loop,    Warsaw, MO 65355-4808
15703440      M&A Truck & Trailer Experts,    135 Beeline Drive,    Bensenville, IL 60106
15703444     +MBTT Service, Inc.,    430 Randy Road,    Carol Stream, IL 60188-2120
17085441      Main Street Acquisitions Corp., assignee,    of CITIBANK (SOUTH DAKOTA), N.A.,
               c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15703442     +Malcolm S. Gerald & Assoc,    332 S. Michigan Avenue,    Chicago, IL 60604-4434
15703441     +Malcolm S. Gerald & Assoc,    332 S. Michigan Avenue,    600,    Chicago, IL 60604-4318
15703443     +Mark Kroencke,    First American Bank,    1650 Louis Avenue,    Elk Grove Village, IL 60007-2350
15703445     +McMaster Carr,    600 County Lane Road,    Elmhurst, IL 60126-2081
15703450      NYS Tax Department,    RPC-HUT,    PO Box 15166,    Albany, NY 12212-5166
15703446      Navistar Financial Corp.,    PO Box 96070,    Chicago, IL 60693-6070
15703448     +North Shore Agency, Inc.,    270 Spagnoli Road,    Melville, NY 11747-3516
```

```
District/off: 0752-1          User: pseamann               Page 2 of 3                  Date Rcvd: Jun 30, 2011
                              Form ID: pdf006              Total Noticed: 106


15703449     +Northwest Oncology & Hemotology,    3701 Algonquin Road,    Suite 900,
               Rolling Meadows, IL 60008-3193
16519716     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
15703451     +PrePass,    101 N. 1st Avenue,    Suite 2200,   Phoenix, AZ 85003-1908
15703454     +RR Donnelly Logistics,    1000 Windham Parkway,    Bolingbrook, IL 60490-3507
15703455     +RTS Financial,    8601 Monrovia,   Lenexa, KS 66215-4501
15703453     +Revenue Cycle Solutions,    PO Box 7229,    Westchester, IL 60154-7229
15703456      Shell Fleet,    Processing Center,    PO Box 183019,    Columbus, OH 43218-3019
15703457      State of Illinois,    Department of Revenue,    PO Box 19027,    Springfield, IL 62794-9027
15703458      Stevan Tisma,    301 Beckett Circle,    Schaumburg, IL 60173
15703459      Stoughton Trailers Acceptance,    PO Box 68-9451,    Milwaukee, WI 53268-9451
15703460     +Stoughton Trailers Acceptance Co,    416 S. Academy Street,    Stoughton, WI 53589-2684
15703463    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corp.,     5005 N. River Blvd.,
               Cedar Rapids, IA 52411-6634)
15703472     +TSP Holding LLC,    101 E. State Parkway,    Schaumburg, IL 60173-5336
15703461     +Timex Logistix, Inc.,    101 E. State Parkway,    Schaumburg, IL 60173-5336
15703462      Toyota Financial Services,    Dept. 2431,    Carol Stream, IL 60132-2431
15703464     +Trailer Logistics Co., Inc.,    700 Nicholas Blvd.,    Suite 202B,
               Elk Grove Village, IL 60007-2517
15703465     +Trans Chicago Truck Group,    4000 N. Mannheim Road,    Franklin Park, IL 60131-1208
15703467     +TransPlatinum/Fleet One,    5042 Linbar Drive,    Nashville, TN 37211-8200
15703466     +Transcore,    PO box 8500,   Philadelphia, PA 19178-8500
15703468      Transportation Cabinet,    Division of Motor Carriers,    PO Box 2004,    Frankfort, KY 40602-2004
15703469      Tread Rock Tire Services,    PO box 5948,    Carol Stream, IL 60197-5948
15703470     +Tredroc Tire/Antioch 002,    PO Box 1248,    Bedford Park, IL 60499-1248
15703471     +Truckload Management, Inc.,    1819 Denver West Drive,    Building 26, Ste. 400,
               Golden, CO 80401-3118
15703473     +UNVL-Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
15703474     +USI Midwest Trans. Group,    1801 S. Meyers Road,    Suite 150,    Villa Park, IL 60181-5255
15703475     +Verizon Wireless Midwest Area,    c/o United Collections Bureau,    5620 Soughwyck Blvd., Ste 206,
               Toledo, OH 43614-1501
15703477      Volvo Financial Services,    PO Box 7247-0236,    Philadelphia, PA 19170-0236
16293628     +Volvo Financial Services,a divisionof VFS US LLC,     7025 Albert Pick Rd., Suite 105,
               Greensboro, NC 27409-9519
15703478      Wells Fargo Equipment Finance,    NW-8178,    PO Box 1450,    Minneapolis, MN 55485-8178
15703479     +Wingfoot Commercial Tire Systems,    1400 Bluff Road,    Romeoville, IL 60446-4047
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15703414      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2011 01:29:22      Discover Financial Services,
               P.O. Box 15316,    Wilmington, DE 19850-5316
16160472      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2011 01:29:22      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15703427     +E-mail/Text: bkynotice@harvardcollect.com Jun 30 2011 23:04:44
               Harvard Collection Services, Inc.,     4839 N. Elston Ave.,   Chicago, IL 60630-2589
15703431      E-mail/Text: bkrptnotices@jjkeller.com Jun 30 2011 23:05:03      JJ Keller,    PO Box 548,
               Neenah, WI 54957-0548
15703433      E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Jun 30 2011 23:04:41      Kansas Dept. of Revenue,
               Div. of Property Evaluation,    915 SW Harrison Street,    Topeka, KS 66612-1585
15703437     +E-mail/Text: rita.robles@key.com Jun 30 2011 23:05:19      Key Equipment Finance,
               11030 Circle Point Road,    2nd Floor,    Broomfield, CO 80020-2775
15703436      E-mail/Text: rita.robles@key.com Jun 30 2011 23:05:19      Key Equipment Finance,    PO Box 74713,
               Cleveland, OH 44194-0796
16367656     +E-mail/Text: rita.robles@key.com Jun 30 2011 23:05:19      Key Equipment Finance Inc,
               1000 S. McCaslin Blvd.,    Superior, CO 80027-9437
15703447     +E-mail/Text: TRD-bankruptcyunit@state.nm.us Jun 30 2011 23:04:57      New Mexico Taxation & Revenue,
               PO Box 5188,    Santa Fe, NM 87502-5188
15703476      E-mail/Text: bpeterson@vikingservice.com Jun 30 2011 23:04:45      Viking Collection Service,
               PO Box 59207,    Minneapolis, MN 55459-0207
                                                                                                TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           David S Horwitz
aty           Shaw Gussis
15703452      Ranko Tisma,    Kucerina 42,    44250 Petrinja,    Croatia
aty*         +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
16521119*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16521120*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15703388    ##AT&T,    PO Box 8105,    Aurora, IL 60507-8105
15703411   ##+Daimler Truck Financial,    13650 Heritage Parkway,    Fort Worth, TX 76177-5323
15703413    ##De Lage Landen,    PO Box 41601,    Philadelphia, PA 19101-1601
15703434   ##+Kenneth F. Berg,    Ulmer & Berne, LLP,    One N. Franklin Street, Ste. 1825,
               Chicago, IL 60606-3425
                                                                                  TOTALS: 3, * 3, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: pseamann            Page 3 of 3              Date Rcvd: Jun 30, 2011
                              Form ID: pdf006           Total Noticed: 106
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                    **Signature:** _/s/ Joseph Speetjens_