**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: TISMA, SASA § Case No. 10-26473
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $30,107.17     Assets Exempt: $49,869.17
*(without deducting any secured claims)*

Total Distribution to Claimants: $322,663.68     Claims Discharged
                                                  Without Payment: $2,371,257.57

Total Expenses of Administration: $68,303.75

3) Total gross receipts of $ 479,152.16  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 88,184.73 (see **Exhibit 2**), yielded net receipts of $390,967.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $281,494.14 | $55,616.53 | $289,596.53 | $289,596.53 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 68,303.80 | 68,303.75 | 68,303.75 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,464,064.71 | 293,012.26 | 293,012.26 | 33,067.15 |
| **TOTAL DISBURSEMENTS** | $2,745,558.85 | $416,932.59 | $650,912.54 | $390,967.43 |

    4) This case was originally filed under Chapter 7 on June 11, 2010. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2011    By: /s/RICHARD M. FOGEL
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of unearned insurance premium | 1180-000 | 1,219.50 |
| Location: 1306 Beckett Circle, Schaumburg 60173, | 1110-000 | 468,000.00 |
| Interests in insurance policies. Name insurance | 1129-000 | 9,927.29 |
| Interest Income | 1270-000 | 5.37 |
| **TOTAL GROSS RECEIPTS** | | **$479,152.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ranko Tisma | One-half of net proceeds, subject to closing credit allocation | 8500-002 | 73,184.73 |
| Sasa Tisma | Homestead exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$88,184.73** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris Consumer Lending Center | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CookCounty Treasurer | 4110-000 | 24,630.70 | N/A | N/A | 0.00 |
| NOTFILED | CookCounty Treasurer | 4110-000 | 14,230.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Consumer Lending Center | 4110-000 | 221,761.44 | N/A | 233,980.00 | 233,980.00 |
| NOTFILED | Stevan Tisma | 4110-000 | 20,872.00 | N/A | N/A | 0.00 |
| | Cook County Treasurer | 4700-000 | N/A | 55,616.53 | 55,616.53 | 55,616.53 |
| **TOTAL SECURED CLAIMS** | | | **$281,494.14** | **$55,616.53** | **$289,596.53** | **$289,596.53** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 22,798.37 | 22,798.32 | 22,798.32 |
| RICHARD M. FOGEL | 2200-000 | N/A | 5.56 | 5.56 | 5.56 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 7,591.00 | 7,591.00 | 7,591.00 |
| SHAW GUSSIS FISHMAN GLANTZ | 3120-000 | N/A | 128.02 | 128.02 | 128.02 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 1,012.50 | 1,012.50 | 1,012.50 |
| ALLSTATE INSURANCE | 2420-750 | N/A | 1,684.00 | 1,684.00 | 1,684.00 |
| Re/Max of Barrington/C&C Realty | 3510-000 | N/A | 23,400.00 | 23,400.00 | 23,400.00 |
| ATTORNEYS' TITLE GUARANTY FUND | 2500-000 | N/A | 11,634.00 | 11,634.00 | 11,634.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 50.35 | 50.35 | 50.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 68,303.80 | 68,303.75 | 68,303.75 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bauer Built Tire | 7100-000 | 3,870.11 | 2,639.56 | 2,639.56 | 297.89 |
| 2 | Discover Bank | 7100-000 | 6,407.00 | 7,542.94 | 7,542.94 | 851.24 |
| 3 | Trans Chicago Truck Group | 7100-000 | 2,018.06 | 1,877.31 | 1,877.31 | 211.86 |
| 4 -2 | Capital One Bank (USA), N.A., by American | 7100-000 | 315.00 | 353.27 | 353.27 | 39.87 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 28,069.33 | 28,069.33 | 28,069.33 | 3,167.69 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 10,996.48 | 13,028.91 | 13,028.91 | 1,470.34 |
| 7 | TransPlatinum/Fleet One | 7100-000 | 39,000.00 | 36,761.85 | 36,761.85 | 4,148.66 |
| 8 | Volvo Financial Services, a division of VFS US LLC | 7100-000 | 159,247.37 | 94,774.95 | 94,774.95 | 10,695.58 |
| 9 | Key Equipment Finance Inc | 7100-000 | 12,894.82 | 38,300.82 | 38,300.82 | 4,322.34 |
| 10 | PYOD LLC, as assignee of Citibank | 7100-000 | 1,009.08 | 115.34 | 115.34 | 13.02 |
| 11 | American Express Bank, FSB | 7100-000 | 35,991.00 | 35,991.15 | 35,991.15 | 4,061.69 |
| 12 | American Express Centurion Bank | 7100-000 | 4,001.00 | 4,001.85 | 4,001.85 | 451.62 |
| 13 | American Express Centurion Bank | 7100-000 | 14,266.00 | 14,266.94 | 14,266.94 | 1,610.06 |
| 14 | American Express Centurion Bank | 7100-000 | 14,120.00 | 15,288.04 | 15,288.04 | 1,725.29 |
| 15 | Main Street Acquisitons Corp, assignee of | 7200-000 | 20,547.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Oncology & Hemotology | 7100-000 | 211.00 | N/A | N/A | 0.00 |
| NOTFILED | MBTT Service, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NYS Tax Department RPC-HUT | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Navistar Financial Corp. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | New Mexico Taxation & Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McMaster Carr | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kansas Dept. of Revenue Div. of Property Evaluation | 7100-000 | 885.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fleet One | 7100-000 | 36,821.85 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | 32,112.00 | N/A | N/A | 0.00 |
| NOTFILED | Internet Truck Stop | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Infectious Diseases Assoc., PC | 7100-000 | 119.12 | N/A | N/A | 0.00 |
| NOTFILED | PrePass | 7100-000 | 391.76 | N/A | N/A | 0.00 |
| NOTFILED | JJ Keller & Associates | 7100-000 | 360.32 | N/A | N/A | 0.00 |
| NOTFILED | M&A Truck & Trailer Experts | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit Corp. | 7100-000 | 87,100.00 | N/A | N/A | 0.00 |
| NOTFILED | RR Donnelly Logistics | 7100-000 | 4,100.00 | N/A | N/A | 0.00 |
| NOTFILED | UNVL-Citi | 7100-000 | 11,102.00 | N/A | N/A | 0.00 |
| NOTFILED | Tread Rock Tire Services | 7100-000 | 3,530.98 | N/A | N/A | 0.00 |
| NOTFILED | USI Midwest Trans. Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless Midwest Area c/o United Collections | 7100-000 | 568.21 | N/A | N/A | 0.00 |
| NOTFILED | Wingfoot Commercial Tire Systems | 7100-000 | 385.44 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Equipment Finance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Transportation Cabinet Division of Motor Carriers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Transcore | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Shell Fleet Processing Center | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Fleet Processing Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Illinois Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Stoughton Trailers Acceptance | 7100-000 | 17,704.59 | N/A | N/A | 0.00 |
| NOTFILED | Trailer Logistics Co., Inc. | 7100-000 | 23,900.00 | N/A | N/A | 0.00 |
| NOTFILED | First American Bank | 7100-000 | 1,756,063.47 | N/A | N/A | 0.00 |
| NOTFILED | RTS Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology, SC | 7100-000 | 776.10 | N/A | N/A | 0.00 |
| NOTFILED | First Advantage ADR | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ACS Expedited Solutions | 7100-000 | 510.00 | N/A | N/A | 0.00 |
| NOTFILED | Acme Truck Brake & Supply | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 1,026.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 220.86 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 732.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 340.21 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Truck Sales & Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA Cardmember Service | 7100-000 | 5,336.49 | N/A | N/A | 0.00 |
| NOTFILED | DC Truck Financial | 7100-000 | 7,850.48 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Lab Physicians PC | 7100-000 | 3,698.10 | N/A | N/A | 0.00 |
| NOTFILED | De Lage Landen | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 84.59 | N/A | N/A | 0.00 |
| NOTFILED | Charter One Bank | 7100-000 | 61,991.31 | N/A | N/A | 0.00 |
| NOTFILED | Center Capital Corporation | 7100-000 | 13,117.74 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 8,497.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers | 7100-000 | 818.44 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AT&T | 7100-000 | 1,029.08 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America c/o First Financial Asset Managemen | 7100-000 | 3,122.76 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 16,389.00 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Orthopedic Specialists | 7100-000 | 179.80 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services | 7100-000 | 3,122.76 | N/A | N/A | 0.00 |
| NOTFILED | Batool H. Musvi, MD | 7100-000 | 2,034.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 2,464,064.71 | 293,012.26 | 293,012.26 | 33,067.15 |

Case 10-26473    Doc 54    Filed 09/21/11    Entered 09/21/11 12:07:56    Desc Main
Document      Page 7 of 12

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-26473  
**Case Name:** TISMA, SASA  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 06/11/10 (f)  
**§341(a) Meeting Date:** 08/17/10  

**Period Ending:** 09/01/11  
**Claims Bar Date:** 12/16/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Location: 1306 Beckett Circle, Schaumburg 60173, Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 293,000.00 | 49,377.86 | | 468,000.00 | FA |
| 2 | Cash on hand. Orig. Asset Memo: Imported from original petition Doc# 1 | 115.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Checking, savings or other financial accounts, c Orig. Asset Memo: Imported from original petition Doc# 1 | 28.17 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Household goods and furnishings, including audio Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Wearing apparel. Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Interests in insurance policies.  Name insurance Orig. Asset Memo: Imported from original petition Doc# 1 | 9,897.21 | 9,897.21 | | 9,927.29 | FA |
| 7 | Interests in insurance policies.  Name insurance Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Stock and interests in incorporated and unincorp Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Automobiles, trucks, trailers and other vehicles Orig. Asset Memo: Imported from original petition Doc# 1 | 28,863.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Automobiles, trucks, trailers and other vehicles Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | DA | 0.00 | FA |
| 11 | Automobiles, trucks, trailers and other vehicles Orig. Asset Memo: Imported from original petition Doc# 1 | 18,664.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 5.37 | FA |

Printed: 09/01/2011 06:52 AM    V.12.57

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-26473　　　　　　　　　　　　　　　　　　**Trustee:**　　(330720)　RICHARD M. FOGEL
**Case Name:** TISMA, SASA　　　　　　　　　　　　　　　　　　**Filed (f) or Converted (c):** 06/11/10 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 08/17/10
**Period Ending:** 09/01/11　　　　　　　　　　　　　　　　　　**Claims Bar Date:** 12/16/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12　Assets　Totals (Excluding unknown values) | $354,168.38 | $59,775.07 | | $477,932.66 | $0.00 |

RE PROP# 1　　Property is co-owned with debtor's father. Property to be sold pursuant to 363(h)

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2011　　　　**Current Projected Date Of Final Report (TFR):**　　June 29, 2011  (Actual)

Printed: 09/01/2011 06:52 AM　　V.12.57

Exhibit 9

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-26473 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | TISMA, SASA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******34-65 - Money Market Account |
| Taxpayer ID #: | **-***0561 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/01/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/28/10 | {6} | STEVAN TISMA | Proceeds of sale of insurance policy, per o/c 10-28-10 | 1129-000 | 9,927.29 | | 9,927.29 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,927.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,927.45 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,927.53 |
| 02/03/11 | | To Account #9200******3466 | Account Transfer- insurance premium | 9999-000 | | 1,684.00 | 8,243.53 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,243.59 |
| 03/14/11 | | ATTORNEYS' TITLE GUARANTY FUND | Proceeds of sale of 1306 Beckett Circle, Schaumburg per o/c 3/1/11 | | 55,184.74 | | 63,428.33 |
| | {1} | | Gross proceeds of sale        468,000.00 | 1110-000 | | | 63,428.33 |
| | | Harris Consumer Lending Center | Mortgage balance            -233,980.00 | 4110-000 | | | 63,428.33 |
| | | Cook County Treasurer | Delinquent taxes and         -55,616.53 current prorations | 4700-000 | | | 63,428.33 |
| | | Re/Max of Barrington/C&C Realty | Real estate brokers'         -23,400.00 commissions | 3510-000 | | | 63,428.33 |
| | | | Title insurance, survey,     -11,634.00 transfer taxes and closing credit | 2500-000 | | | 63,428.33 |
| | | Ranko Tisma | One-half of net proceeds,    -73,184.73 subject to closing credit allocation | 8500-002 | | | 63,428.33 |
| | | Sasa Tisma | Homestead exemption          -15,000.00 | 8100-002 | | | 63,428.33 |
| 03/17/11 | | To Account #9200******3466 | Bond Premium | 9999-000 | | 50.35 | 63,377.98 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.91 | | 63,378.89 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.56 | | 63,380.45 |
| 05/02/11 | | ALLSTATE INDEMNITY COMPANY | Refund of unearned insurance premium | 1180-000 | 1,219.50 | | 64,599.95 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.63 | | 64,601.58 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.52 | | 64,602.10 |
| 07/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.45 | | 64,602.55 |
| 07/27/11 | | To Account #9200******3466 | Close account and transfer for final distributions | 9999-000 | | 64,602.55 | 0.00 |
| | | | ACCOUNT TOTALS | | 66,336.90 | 66,336.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 66,336.90 | |
| | | | Subtotal | | 66,336.90 | 0.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $66,336.90 | $-15,000.00 | |

{} Asset reference(s)                                                                                                    Printed: 09/01/2011 06:52 AM    V.12.57

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-26473 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | TISMA, SASA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***0561 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/01/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/03/11 | | From Account #9200******3465 | Account Transfer- insurance premium | 9999-000 | 1,684.00 | | 1,684.00 |
| 02/04/11 | 101 | ALLSTATE INSURANCE | Reinstate policy 9 02 949831 for 1306 Beckett Circle, Schaumburg | 2420-750 | | 1,684.00 | 0.00 |
| 03/17/11 | | From Account #9200******3465 | Bond Premium | 9999-000 | 50.35 | | 50.35 |
| 03/21/11 | 102 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 50.35 | 0.00 |
| 07/27/11 | | From Account #9200******3465 | Close account and transfer for final distributions | 9999-000 | 64,602.55 | | 64,602.55 |
| 07/29/11 | 103 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $7,591.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,591.00 | 57,011.55 |
| 07/29/11 | 104 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $128.02, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 128.02 | 56,883.53 |
| 07/29/11 | 105 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $1,012.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,012.50 | 55,871.03 |
| 07/29/11 | 106 | Bauer Built Tire | 11.28% dividend on Claim # 1, Ref: 1329792 | 7100-000 | | 297.89 | 55,573.14 |
| 07/29/11 | 107 | Discover Bank | 11.28% dividend on Claim # 2, Ref: XXXXXXXXXXXX | 7100-000 | | 851.24 | 54,721.90 |
| 07/29/11 | 108 | Trans Chicago Truck Group | 11.28% dividend on Claim # 3, Ref: 5843 | 7100-000 | | 211.86 | 54,510.04 |
| 07/29/11 | 109 | Capital One Bank (USA), N.A., by American | 11.28% dividend on Claim # 4 -2, Ref: XXXXXXXXXXXX | 7100-000 | | 39.87 | 54,470.17 |
| 07/29/11 | 110 | Chase Bank USA, N.A. | 11.28% dividend on Claim # 5, Ref: XXXXXXXXXXXX | 7100-000 | | 3,167.69 | 51,302.48 |
| 07/29/11 | 111 | Chase Bank USA, N.A. | 11.28% dividend on Claim # 6, Ref: XXXX XXXX XXXX 6372 | 7100-000 | | 1,470.34 | 49,832.14 |
| 07/29/11 | 112 | TransPlatinum/Fleet One | 11.28% dividend on Claim # 7, Ref: XX1803 | 7100-000 | | 4,148.66 | 45,683.48 |
| 07/29/11 | 113 | Volvo Financial Services,a divisionof VFS US LLC | 11.28% dividend on Claim # 8, Ref: XXX7883 | 7100-000 | | 10,695.58 | 34,987.90 |
| 07/29/11 | 114 | Key Equipment Finance Inc | 11.28% dividend on Claim # 9, Ref: 5911339981 | 7100-000 | | 4,322.34 | 30,665.56 |
| 07/29/11 | 115 | PYOD LLC, as assignee of Citibank | 11.28% dividend on Claim # 10, Ref: 5082290012191943 | 7100-000 | | 13.02 | 30,652.54 |
| 07/29/11 | 116 | American Express Bank, FSB | 11.28% dividend on Claim # 11, Ref: XXXXXXXXXXXXXX | 7100-000 | | 4,061.69 | 26,590.85 |
| 07/29/11 | 117 | American Express Centurion Bank | 11.28% dividend on Claim # 12, Ref: XXXXXXXXXXXXXX | 7100-000 | | 451.62 | 26,139.23 |
| 07/29/11 | 118 | American Express Centurion Bank | 11.28% dividend on Claim # 13, Ref: XXXXXXXXXXXXXX | 7100-000 | | 1,610.06 | 24,529.17 |
| 07/29/11 | 119 | American Express Centurion Bank | 11.28% dividend on Claim # 14, Ref: | 7100-000 | | 1,725.29 | 22,803.88 |
| | | | Subtotals : | | $66,336.90 | $43,533.02 | |

{} Asset reference(s)          Printed: 09/01/2011 06:52 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-26473  
**Case Name:** TISMA, SASA  

**Taxpayer ID #:** **-***0561  
**Period Ending:** 09/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | XXXXXXXXXXXXXXXX | | | | |
| 07/29/11 | 120 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 22,803.88 | 0.00 |
| | | | Dividend paid 100.00%     22,798.32 on $22,798.32;  Claim# A; Filed: $22,798.37 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     5.56 on $5.56;  Claim# B; Filed: $5.56 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 66,336.90 | 66,336.90 | $0.00 |
| | | | Less: Bank Transfers | | 66,336.90 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 66,336.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$66,336.90** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******34-65** | 66,336.90 | -15,000.00 | 0.00 |
| **Checking # 9200-******34-66** | 0.00 | 66,336.90 | 0.00 |
| | $66,336.90 | $66,336.90 | $0.00 |

{} Asset reference(s)    Printed: 09/01/2011 06:52 AM    V.12.57